Exhibit A to the Complaint

**Location:** Plainsboro, NJ  
**Total Works Infringed:** 24

**IP Address:** 173.71.121.65  
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | D7F873FF97E74133C04225338756F0D127299F1A | 06/10/2025 16:47:05 | Milfy | 06/04/2025 | 06/09/2025 | PA0002534199 |
| 2 | 5056E9B339F925CBD4022B57854F11C3F14BECEB | 04/24/2025 11:49:02 | Milfy | 04/23/2025 | 05/21/2025 | PA0002531892 |
| 3 | 9A091F480E49786737D8A164F7FC08D1C73496EB | 03/24/2025 04:03:19 | Milfy | 01/24/2024 | 03/15/2024 | PA0002461445 |
| 4 | 235DB3B9D270E4999350C55AE917F9CF3142EAE5 | 03/21/2025 05:27:12 | Milfy | 03/19/2025 | 03/28/2025 | PA0002522499 |
| 5 | 68B125D28968D93CD2C43D39CE7F0EB68D638B0A | 03/02/2025 17:46:52 | Milfy | 01/03/2024 | 01/16/2024 | PA0002453476 |
| 6 | 1332E39F68D1414288413CBF7D1084FB7E8B2E16 | 02/09/2025 19:28:16 | Milfy | 01/15/2025 | 02/18/2025 | PA0002516043 |
| 7 | ED45B558DA2E3A2CEC2F172FBEC0FE30D031237C | 02/09/2025 01:41:49 | Milfy | 02/05/2025 | 02/18/2025 | PA0002516142 |
| 8 | BEB1638B09D9FCC1E2E8E2442563379FF18B23BF | 01/21/2025 23:08:19 | Blacked | 01/18/2025 | 02/18/2025 | PA0002516140 |
| 9 | 172AC12FFB010DD27A71E41524A1EB92CFB74608 | 01/09/2025 19:42:57 | Milfy | 01/08/2025 | 01/16/2025 | PA0002509390 |
| 10 | 403D8490BC0EAAEADDCD4BE7EFB27C9F969DBE34 | 12/18/2024 16:53:37 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 11 | 7FF46E73C749B65A650C9625F032F48007CFEEE4 | 11/30/2024 06:44:53 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 12 | 9861659DEBD8430E736AE8DD818939E2B7C5B092 | 11/26/2024 17:05:28 | Blacked | 11/24/2024 | 12/13/2024 | PA0002506269 |
| 13 | 001E5C6643F004E10FDD9C5B873FEAB42A92D90E | 11/22/2024 17:24:33 | Milfy | 11/13/2024 | 11/18/2024 | PA0002500973 |
| 14 | 61A279288DE18486491426C7384877015AA8BB2F | 10/23/2024 03:33:11 | Vixen | 10/18/2024 | 11/18/2024 | PA0002500907 |
| 15 | C4F37C5ED5B46F5B6EF06BB7ECBBD0DD58C3BDA3 | 09/30/2024 21:19:13 | Milfy | 09/25/2024 | 10/16/2024 | PA0002494687 |
| 16 | 2526DB75A05389E5B49A1493160AE0DAEA3C7E0B | 09/30/2024 20:40:22 | Blacked | 09/15/2024 | 10/17/2024 | PA0002494706 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 842C2D5FCAA50EF7D199067049F4DA0DCC8CFDBA | 09/19/2024 19:28:40 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 18 | B6607CF1D8EDF06CE4AC63667119841D7229D82E | 08/02/2024 02:35:03 | Blacked Raw | 07/29/2024 | 08/14/2024 | PA0002484842 |
| 19 | 6A97C260C5C2EDC04B07774DB692EB7615889D8C | 06/28/2024 15:41:46 | Milfy | 06/26/2024 | 09/09/2024 | PA0002491138 |
| 20 | 4D97FBB3380359EC0BC1F795C097B10913896F2D | 05/19/2024 19:38:55 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 21 | 7B6CEE63CF3F15E466E85FD83CDCDC0982BE6D41 | 05/17/2024 19:05:15 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 22 | 5EBA29BA98B9B3F619E2E3BEA7CCA0C32A04FF9A | 05/07/2024 17:25:46 | Blacked | 04/28/2024 | 05/08/2024 | PA0002469848 |
| 23 | 33818BC93D0BD9F6CFF85C4BDEDBFDD6F6D14C4D | 04/14/2024 20:32:55 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 24 | 412578679E47B9C58F0F993262DDE766773ECA3B | 03/15/2024 04:48:56 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |